[No. 44285-0-II. Division Two. August 12, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ZACHARY CRAWFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 12-1-01628-3, Scott A. Collier, J., entered November 30, 2012. *Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Hunt and Lee, JJ.

[No. 44402-0-II. Division Two. August 12, 2014.]

GENERAL CONSTRUCTION COMPANY, *Appellant*, v. DAY ISLAND YACHT HARBOR, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-2-09340-4, Edmund Murphy, J., entered December 14, 2012. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick and Melnick, JJ.

[No. 44433-0-II. Division Two. August 12, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JOESPH GONZALES, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 12-1-00705-3, Steven B. Dixon, J., entered December 21, 2012. *Affirmed* by unpublished opinion per Lee, J., concurred in by Bjorgen, A.C.J., and Hunt, J.

[No. 44528-0-II. Division Two. August 12, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. KAREN ELIZABETH LOFGREN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-00662-0, Katherine M. Stolz, J., entered January 25, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lee, J., concurred in by Bjorgen, A.C.J., and Hunt, J.